**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:  
                                                           Case No: 8:16-bk-07413-CPM  
                                                           Chapter 13

Barbara A. Newton  
_____/

## REPORT OF UNCLAIMED FUNDS

Comes now, Jon M. Waage, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, he has made distribution of all monies received, and all checks issued prior to February 28, 2017, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 56998 | $3,816.55 | Barbara A. Newton<br>1975 Sapphire Lane<br>Clearwater, FL 33760 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $3,816.55 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on April 13, 2017.

                                                    /s/ Jon M. Waage  
                                                    Jon M. Waage  
                                                    Chapter 13 Trustee  
                                                    P.O. Box 25001  
                                                    Bradenton, FL  34206-5001  
                                                    Phone (941) 747-4644  
                                                    Fax (941) 750-9266

Cc: Clerk, U.S. Bankruptcy Court/Court Registry